Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                       Case No.:  21−14066−SLM
                                       Chapter:  13
                                       Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric J. Spencer
    196 Mountain Avenue
    North Caldwell, NJ 07006

Social Security No.:
    xxx−xx−4502

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 28, 2021.

Dated: July 28, 2021
JAN: ntp

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eric J. Spencer  
    Debtor

Case No. 21-14066-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 28, 2021      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Spencer, 196 Mountain Avenue, North Caldwell, NJ 07006-4008 |
| 519212997 | + | Ayesha Dhar, 28 Blackburne Terrace, West Orange, NJ 07052-3502 |
| 519212998 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519255758 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212999 | + | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 519213002 | + | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519213004 | + | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 519268860 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519213006 | + | Krista Spencer, 732 Stephanie Drive, Caldwell, NJ 07006-4585 |
| 519213007 | + | Lightstream, P.O. Box 117320, Atlanta, GA 30368-7320 |
| 519213009 | | Mr. Cooper, P.O. Box 81860-5801, Cleveland, OH 44181 |
| 519213010 | | My Best Buy Credit Card Payments, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 519266929 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519213011 | | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519213014 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519236517 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 20:29:03 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213000 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 20:28:48 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244873 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 20:28:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 20:29:04 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519264107 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 20:29:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519224891 | | Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519213003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-14066-SLM    Doc 23    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jul 28 2021 20:28:50 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519213005 | Email/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2021 20:24:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519262319 | Email/Text: JCAP_BNC_Notices@jcap.com Jul 28 2021 20:24:00 | | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519213012 | Email/Text: Bankruptcy.Notices@pnc.com Jul 28 2021 20:23:00 | | PNC, PO Box 3429, Pittsburgh, PA 15230 |
| 519213013 | Email/Text: Bankruptcy.Notices@pnc.com Jul 28 2021 20:23:00 | | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519269271 | Email/Text: Bankruptcy.Notices@pnc.com Jul 28 2021 20:23:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519253456 | Email/Text: Bankruptcy.Notices@pnc.com Jul 28 2021 20:23:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519269092 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2021 20:28:49 | | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519253883 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2021 20:29:02 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253253 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2021 20:28:56 | | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519269090 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2021 20:28:55 | | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519213016 | + Email/PDF: gecsedi@recoverycorp.com Jul 28 2021 20:28:53 | | Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 519213015 | + Email/PDF: gecsedi@recoverycorp.com Jul 28 2021 20:28:53 | | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519214898 | + Email/PDF: gecsedi@recoverycorp.com Jul 28 2021 20:28:53 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213017 | + Email/PDF: gecsedi@recoverycorp.com Jul 28 2021 20:28:53 | | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213008 | *+ | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6