MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  ERIC J. SPENCER  
196 MOUNTAIN AVENUE  
NORTH CALDWELL,  NJ  07006

Atty:  MELINDA MIDDLEBROOKS ESQ  
841 MOUNTAIN AVENUE, FIRST FLOOR  
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-14066

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $81,660.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/02/2021 | $1,181.00 | 7711770000 | 07/13/2021 | $1,181.00 | 7807257000 |
| 08/17/2021 | $1,181.00 | 7885119000 | 09/20/2021 | $1,181.00 | 7957581000 |
| 10/18/2021 | $1,181.00 | 8019153000 | 11/15/2021 | $1,181.00 | 8081247000 |
| 12/23/2021 | $1,181.00 | 8163508000 | | | |

**Total Receipts: $8,267.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,267.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | 08/16/2021 | $553.29 | 876,036 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 460.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AYESHA DHAR | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,455.37 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 7,242.16 | * | 0.00 | |
| 0005 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,930.92 | * | 0.00 | |
| 0007 | HSBC BANK USA, N.A. | UNSECURED | 6,494.07 | * | 0.00 | |
| 0008 | CITIBANK NA | UNSECURED | 2,209.15 | * | 0.00 | |
| 0010 | KRISTA SPENCER | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0012 | SUNTRUST BANK NOW TRUIST BANK | UNSECURED | 18,685.19 | * | 0.00 | |
| 0013 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 553.29 | 100.00% | 553.29 | |

**Chapter 13 Case # 21-14066**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | CITIBANK NA | UNSECURED | 3,079.79 | * | 0.00 | |
| 0015 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 17,647.40 | * | 0.00 | |
| 0016 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,707.14 | * | 0.00 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,835.46 | * | 0.00 | |
| 0025 | BANK OF AMERICA | UNSECURED | 10,331.89 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,771.63 | * | 0.00 | |
| 0027 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CITIBANK NA | UNSECURED | 3,553.38 | * | 0.00 | |
| 0029 | SUNTRUST BANK NOW TRUIST BANK | UNSECURED | 37,990.93 | * | 0.00 | |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,277.95 | * | 0.00 | |

**Total Paid: $2,013.88**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $8,267.00    -    Paid to Claims: $553.29    -    Admin Costs Paid: $1,460.59    =    Funds on Hand: $6,253.12

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.