UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com
Attorneys for the Chapter 13 Debtor

Order Filed on May 27, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERIC J. SPENCER,

Chapter 13 Debtor.

Case No.:  21-14066 (SLM)

Chapter:  Meisel

Judge:  13

## ORDER AUTHORIZING RETENTION OF

Paula L. Crane, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _Paula L. Crane, Esq._ as _Special Counsel_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Paula L. Crane, Esq.
543 Valley Road
Montclair, NJ 07043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*