Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14066−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J. Spencer
   196 Mountain Avenue
   North Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4502

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 26, 2022.

Dated: May 26, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14066-SLM |
| Eric J. Spencer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Spencer, 196 Mountain Avenue, North Caldwell, NJ 07006-4008 |
| 519212997 | + | Ayesha Dhar, 28 Blackburne Terrace, West Orange, NJ 07052-3502 |
| 519268860 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519213006 | + | Krista Spencer, 732 Stephanie Drive, Caldwell, NJ 07006-4585 |
| 519213007 | + | Lightstream, P.O. Box 117320, Atlanta, GA 30368-7320 |
| 519213009 | | Mr. Cooper, P.O. Box 81860-5801, Cleveland, OH 44181 |
| 519213010 | | My Best Buy Credit Card Payments, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 519213011 | | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519213014 | | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 20:45:17 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212998 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 20:41:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519255758 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 26 2022 20:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212999 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 20:41:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 519213000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 20:45:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244873 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 20:45:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 20:45:32 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519264107 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 20:45:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213002 | + | Email/Text: mrdiscen@discover.com | May 26 2022 20:41:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519224891 | | Email/Text: mrdiscen@discover.com | May 26 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519213004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 20:41:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 519213003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 20:45:25 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519213005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519262319 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2022 20:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519266929 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 20:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519213012 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 20:41:00 | PNC, PO Box 3429, Pittsburgh, PA 15230 |
| 519213013 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 20:41:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519269271 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 20:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519253456 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 20:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519269092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 20:45:19 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519253883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 20:45:17 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 20:45:24 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519269090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 20:45:24 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519213011 | | Email/Text: pcabkt@phillips-cohen.com | May 26 2022 20:41:00 | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519236517 | + | Email/Text: bankruptcy@bbandt.com | May 26 2022 20:41:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213016 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 20:45:12 | Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 519213015 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 20:45:15 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519214898 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 20:45:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213017 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 20:45:22 | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213008 | *+ | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: plncf13 | Total Noticed: 39 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6