MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  ERIC J. SPENCER  
    196 MOUNTAIN AVENUE  
    NORTH CALDWELL,  NJ  07006

Atty:  MELINDA MIDDLEBROOKS ESQ  
    841 MOUNTAIN AVENUE, FIRST FLOOR  
    SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-14066

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $97,260.00**

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/02/2021 | $1,181.00 | 7711770000 | 07/13/2021 | $1,181.00 | 7807257000 |
| 08/17/2021 | $1,181.00 | 7885119000 | 09/20/2021 | $1,181.00 | 7957581000 |
| 10/18/2021 | $1,181.00 | 8019153000 | 11/15/2021 | $1,181.00 | 8081247000 |
| 12/23/2021 | $1,181.00 | 8163508000 | 01/24/2022 | $1,181.00 | 8225641000 |
| 02/17/2022 | $1,181.00 | 8282512000 | 03/21/2022 | $1,181.00 | 8353490000 |
| 04/15/2022 | $1,181.00 | 8405686000 | 05/16/2022 | $1,181.00 | 8468763000 |
| 06/27/2022 | $1,731.00 | 8548662000 | 07/18/2022 | $1,731.00 | 8594828000 |
| 08/22/2022 | $1,731.00 | 8662014000 | 09/20/2022 | $1,731.00 | 8718995000 |
| 10/28/2022 | $1,731.00 | 8792009000 | 11/29/2022 | $1,731.00 | 8850206000 |
| 12/27/2022 | $1,731.00 | 8899394000 | | | |

**Total Receipts: $26,289.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $26,289.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 03/14/2022 | $523.60 | 887,520 | 04/18/2022 | $79.65 | 889,221 |
| | 05/16/2022 | $161.82 | 890,932 | 06/20/2022 | $80.91 | 892,618 |
| | 08/15/2022 | $118.61 | 895,916 | 09/19/2022 | $118.59 | 897,514 |
| | 10/17/2022 | $118.59 | 899,189 | 11/14/2022 | $118.59 | 900,765 |
| | 12/12/2022 | $116.19 | 902,317 | 01/09/2023 | $116.13 | 903,807 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 03/14/2022 | $367.02 | 887,574 | 04/18/2022 | $55.83 | 889,284 |
| | 05/16/2022 | $113.43 | 890,986 | 06/20/2022 | $56.72 | 892,674 |
| | 08/15/2022 | $83.13 | 895,970 | 09/19/2022 | $83.13 | 897,567 |
| | 10/17/2022 | $83.13 | 899,234 | 11/14/2022 | $83.13 | 900,810 |
| | 12/12/2022 | $81.40 | 902,366 | 01/09/2023 | $81.40 | 903,848 |

**Chapter 13 Case # 21-14066**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 03/14/2022 | $180.09 | 887,256 | | 03/14/2022 | $111.94 | 887,256 |
| | 03/14/2022 | $156.07 | 887,256 | | 04/18/2022 | $27.39 | 888,920 |
| | 04/18/2022 | $17.05 | 888,920 | | 04/18/2022 | $23.74 | 888,920 |
| | 05/16/2022 | $34.60 | 890,662 | | 05/16/2022 | $48.26 | 890,662 |
| | 05/16/2022 | $55.65 | 890,662 | | 06/20/2022 | $27.83 | 892,328 |
| | 06/20/2022 | $17.30 | 892,328 | | 06/20/2022 | $24.12 | 892,328 |
| | 08/15/2022 | $40.79 | 895,642 | | 08/15/2022 | $25.36 | 895,642 |
| | 08/15/2022 | $35.33 | 895,642 | | 09/19/2022 | $40.79 | 897,223 |
| | 09/19/2022 | $25.36 | 897,223 | | 09/19/2022 | $35.35 | 897,223 |
| | 10/17/2022 | $25.36 | 898,904 | | 10/17/2022 | $35.35 | 898,904 |
| | 10/17/2022 | $40.79 | 898,904 | | 11/14/2022 | $40.79 | 900,469 |
| | 11/14/2022 | $25.36 | 900,469 | | 11/14/2022 | $35.37 | 900,469 |
| | 12/12/2022 | $39.94 | 902,041 | | 12/12/2022 | $24.83 | 902,041 |
| | 12/12/2022 | $34.62 | 902,041 | | 01/09/2023 | $39.94 | 903,534 |
| | 01/09/2023 | $24.83 | 903,534 | | 01/09/2023 | $34.62 | 903,534 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 03/14/2022 | $604.66 | 887,673 | | 04/18/2022 | $91.98 | 889,388 |
| | 05/16/2022 | $186.87 | 891,081 | | 06/20/2022 | $93.43 | 892,777 |
| | 08/15/2022 | $136.93 | 896,064 | | 09/19/2022 | $136.95 | 897,672 |
| | 10/17/2022 | $136.95 | 899,329 | | 11/14/2022 | $136.95 | 900,909 |
| | 12/12/2022 | $134.10 | 902,453 | | 01/09/2023 | $134.11 | 903,941 |
| HSBC BANK USA, N.A. | | | | | | | |
| | 03/14/2022 | $329.11 | 887,787 | | 04/18/2022 | $50.07 | 889,519 |
| | 05/16/2022 | $101.71 | 891,203 | | 06/20/2022 | $50.86 | 892,907 |
| | 08/15/2022 | $74.54 | 896,185 | | 09/19/2022 | $74.54 | 897,791 |
| | 10/17/2022 | $74.54 | 899,440 | | 11/14/2022 | $74.54 | 901,019 |
| | 12/12/2022 | $72.99 | 902,564 | | 01/09/2023 | $73.03 | 904,058 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 03/14/2022 | $318.15 | 8,002,740 | | 04/18/2022 | $48.40 | 8,002,791 |
| | 05/16/2022 | $98.33 | 8,002,838 | | 06/20/2022 | $49.16 | 8,002,891 |
| | 08/15/2022 | $72.07 | 8,003,001 | | 09/19/2022 | $72.06 | 8,003,047 |
| | 10/17/2022 | $72.06 | 8,003,102 | | 11/14/2022 | $72.06 | 8,003,147 |
| | 12/12/2022 | $70.59 | 8,003,203 | | 01/09/2023 | $70.57 | 8,003,256 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | | | | | | |
| | 08/16/2021 | $553.29 | 876,036 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/14/2022 | $894.33 | 888,047 | | 04/18/2022 | $136.05 | 889,784 |
| | 05/16/2022 | $276.40 | 891,461 | | 06/20/2022 | $138.20 | 893,173 |
| | 08/15/2022 | $202.59 | 896,424 | | 09/19/2022 | $202.56 | 898,050 |
| | 10/17/2022 | $202.56 | 899,695 | | 11/14/2022 | $202.56 | 901,254 |
| | 12/12/2022 | $198.36 | 902,806 | | 01/09/2023 | $198.36 | 904,303 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/14/2022 | $86.50 | 8,002,741 | | 03/14/2022 | $143.69 | 8,002,741 |
| | 03/14/2022 | $1,340.71 | 8,002,741 | | 03/14/2022 | $393.86 | 8,002,741 |
| | 04/18/2022 | $203.95 | 8,002,785 | | 04/18/2022 | $13.18 | 8,002,785 |
| | 04/18/2022 | $21.86 | 8,002,785 | | 04/18/2022 | $59.91 | 8,002,785 |
| | 05/16/2022 | $26.74 | 8,002,843 | | 05/16/2022 | $44.41 | 8,002,843 |
| | 05/16/2022 | $414.36 | 8,002,843 | | 05/16/2022 | $121.72 | 8,002,843 |
| | 06/20/2022 | $207.18 | 8,002,892 | | 06/20/2022 | $13.37 | 8,002,892 |
| | 06/20/2022 | $22.21 | 8,002,892 | | 06/20/2022 | $60.86 | 8,002,892 |
| | 08/15/2022 | $19.58 | 8,002,997 | | 08/15/2022 | $32.55 | 8,002,997 |
| | 08/15/2022 | $303.68 | 8,002,997 | | 08/15/2022 | $89.21 | 8,002,997 |
| | 09/19/2022 | $303.66 | 8,003,048 | | 09/19/2022 | $19.61 | 8,003,048 |
| | 09/19/2022 | $32.55 | 8,003,048 | | 09/19/2022 | $89.21 | 8,003,048 |
| | 10/17/2022 | $19.60 | 8,003,103 | | 10/17/2022 | $32.55 | 8,003,103 |
| | 10/17/2022 | $303.67 | 8,003,103 | | 10/17/2022 | $89.21 | 8,003,103 |
| | 11/14/2022 | $303.66 | 8,003,148 | | 11/14/2022 | $19.59 | 8,003,148 |
| | 11/14/2022 | $32.55 | 8,003,148 | | 11/14/2022 | $89.20 | 8,003,148 |
| | 12/12/2022 | $19.19 | 8,003,201 | | 12/12/2022 | $31.87 | 8,003,201 |
| | 12/12/2022 | $297.36 | 8,003,201 | | 12/12/2022 | $87.35 | 8,003,201 |
| | 01/09/2023 | $297.36 | 8,003,257 | | 01/09/2023 | $19.19 | 8,003,257 |
| | 01/09/2023 | $31.87 | 8,003,257 | | 01/09/2023 | $87.36 | 8,003,257 |
| SUNTRUST BANK NOW TRUIST BANK | | | | | | | |
| | 03/14/2022 | $1,925.33 | 888,357 | | 04/18/2022 | $292.89 | 890,128 |
| | 05/16/2022 | $595.03 | 891,768 | | 06/20/2022 | $297.52 | 893,521 |
| | 08/15/2022 | $436.07 | 896,700 | | 09/19/2022 | $436.07 | 898,363 |
| | 10/17/2022 | $436.08 | 899,988 | | 11/14/2022 | $436.07 | 901,557 |
| | 12/12/2022 | $427.01 | 903,089 | | 01/09/2023 | $427.03 | 904,582 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,230.57 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AYESHA DHAR | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,455.37 | * | 3,975.59 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 7,242.16 | * | 1,088.32 | |
| 0005 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,930.92 | * | 1,792.93 | |
| 0007 | HSBC BANK USA, N.A. | UNSECURED | 6,494.07 | * | 975.93 | |
| 0008 | CITIBANK NA | UNSECURED | 2,209.15 | * | 331.99 | |
| 0010 | KRISTA SPENCER | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0012 | SUNTRUST BANK NOW TRUIST BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 553.29 | 100.00% | 553.29 | |
| 0014 | CITIBANK NA | UNSECURED | 3,079.79 | * | 462.83 | |
| 0015 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 17,647.40 | * | 2,651.97 | |
| 0016 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,707.14 | * | 256.55 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,835.46 | * | 426.11 | |
| 0025 | BANK OF AMERICA | UNSECURED | 10,331.89 | * | 1,552.68 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,771.63 | * | 1,167.89 | |
| 0027 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CITIBANK NA | UNSECURED | 3,553.38 | * | 534.00 | |
| 0029 | SUNTRUST BANK NOW TRUIST BANK | UNSECURED | 37,990.93 | * | 5,709.10 | |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,277.95 | * | 943.45 | |

**Total Paid: $24,653.20**
See Summary

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023. |
| Receipts: $26,289.00    -    Paid to Claims: $22,422.63    -    Admin Costs Paid: $2,230.57    =    Funds on Hand: $1,635.80 |

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.