**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 21-14066-SLM |
| | CHAPTER 13 |
| Eric J. Spencer, | |
| Debtor. | |
| _____/ | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Federal Home Loan Mortgage Corporation</u> | <u>Nationstar Mortgage LLC</u> |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 14/4 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Amount of Claim: $438,743.39 |
| P.O. Box 10826 | Date Claim Filed: 7/21/2021 |
| Greenville, SC 29603 | |
| | |
| Phone: <u>800-365-7107</u> | Phone: <u>877-343-5602</u> |
| Last Four Digits of Acct #: <u>3399</u> | Last Four Digits of Acct #: <u>0011</u> |

Name and Address where Transferee payments should be sent (if different from above):
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>3399</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina                                  Date: 7/10/2023

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Eric J. Spencer
196 Mountain Avenue
North Caldwell, NJ 07006

And via electronic mail to:

Melinda D. Middlebrooks
Middlebrooks Shapiro, P.C.
P.O. Box 1630
Belmar, NJ 07719-1630
973-218-6877

Angela Nascondiglio Stein
Middlebrooks Shapiro, P.C.
P. O. Box 1630
Belmar, NJ 07719
973-218-6877

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
973-227-2840

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

By: /s/ Alora Phelps
Alora Phelps
Email: aphelps@raslg.com