# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:  §  
  §  CASE NO.
ERIC J SPENCER  §  21-14066-SLM
  §  Chapter 13
  §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Federal Home Loan Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 14
Amount of Claim: $ 438743.39
Date Claim Filed: 7/21/2021

Phone: (800)365-7107
Last Four Digits of Acct #: 3399

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0011

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                    Date: 7/26/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Main District of NEW JERSEY**

| | |
|---|---|
| IN RE: | § CASE NO. |
| | § 21-14066-SLM |
| ERIC J SPENCER | § Chapter 13 |
| | § |

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 7/26/2023 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*

ERIC J SPENCER
196 Mountain Ave
North Caldwell, NJ 07006-4008

**Debtors' Attorney**
MELINDA D. MIDDLEBROOKS
MIDDLEBROOKS SHAPIRO, P.C.
PO Box 1630
Belmar, NJ 07719-1630

**Chapter 13 Trustee**
MARIE-ANN GREENBERG
30 Two Bridges Rd Ste 330
Fairfield, NJ 07004-1550

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen