UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Loanhist.rpt

# Shellpoint Mortgage Servicing

## Loan History Summary

12/04/2024   9:23:13AM

Page #1

| Loan ID | Borrower Name |
|---|---|
| 3399 | ERIC SPENCER |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/24 / 11/26/24 | 08/01/24 | Bk Costs Disb | 0 | 0 | (0.21) | | 426,741.22 | | | (3,472.34) | | 0.00 | $0.68 | ACH |
| | Invoice Number: 342673298 | | | | | | | | | | | | | |
| 12/04/24 / 11/26/24 | 08/01/24 | Bk Costs Disb | 0 | 0 | (3.50) | | 426,741.22 | | | (3,472.34) | | 0.00 | $0.68 | ACH |
| | Invoice Number: 342673298 | | | | | | | | | | | | | |
| 12/03/24 | 07/01/24 | Regular Payment | 0 | 0 | 3,003.39 | 399.63 | 426,741.22 | 1,468.30 | 1,135.46 | (3,472.34) | | 0.00 | $0.68 | Unapplied |
| 12/03/24 | 07/01/24 | Unapplied Payment | 0 | 0 | (3,003.39) | | 427,140.85 | | | (4,607.80) | | 0.00 | $0.68 | Unapplied |
| 12/03/24 | 07/01/24 | Unapplied Payment | 0 | 0 | 3,003.46 | | 427,140.85 | | | (4,607.80) | | 0.00 | $3,004.07 | Agent Pay |