| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Eric J. Spencer, Chapter 13 Debtor. | Case No.: Adversary No.: Chapter: Judge: | 21-14066-SLM _____ 13 Stacey Meisel |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Paula Crane
(Example: John Smith, creditor)

Old address:  543 Valley Road
Montclair, NJ 07043

New address: 303 Claremont Ave. #1
Montclair, NJ 07042-2813

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 1/22/2025                   /s/ Melinda Middlebrooks
                                   Signature

*rev.8/1/2021*