Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  21−14066−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J. Spencer
   196 Mountain Avenue
   North Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4502

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 11, 2024.

   On 1/20/25 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                February 26, 2025
Time:               08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 21, 2025
JAN:

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14066-SLM |
| Eric J. Spencer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 21, 2025 | Form ID: 185 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eric J. Spencer, 196 Mountain Avenue, North Caldwell, NJ 07006-4008 |
| 519212997 | + | Ayesha Dhar, 28 Blackburne Terrace, West Orange, NJ 07052-3502 |
| 519213006 | + | Krista Spencer, 732 Stephanie Drive, Caldwell, NJ 07006-4585 |
| 519213009 | | Mr. Cooper, P.O. Box 81860-5801, Cleveland, OH 44181 |
| 519213010 | | My Best Buy Credit Card Payments, P.O. Box 9001007, Louisville, KY 40290-1007 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2025 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2025 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2025 23:28:56 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212998 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 21 2025 23:22:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519255758 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 21 2025 23:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212999 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 21 2025 23:25:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 519213000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2025 23:29:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244873 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2025 00:07:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2025 23:40:05 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519264107 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2025 23:29:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213002 | + | Email/Text: mrdiscen@discover.com | Jan 21 2025 23:22:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519224891 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2025 23:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519967566 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 21 2025 23:23:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603, Federal Home Loan Mortgage Corporation, NewRez LLC 29603-0826 |
| 519967565 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 21 2025 23:23:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519213004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 21 2025 23:22:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 519268860 | ^ | MEBN | Jan 21 2025 23:11:11 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519213003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2025 23:28:36 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519213005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2025 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519262319 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2025 23:26:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519213007 | + | Email/Text: bankruptcy@bbandt.com | Jan 21 2025 23:25:00 | Lightstream, P.O. Box 117320, Atlanta, GA 30368-7320 |
| 519266929 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2025 23:23:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519982518 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 21 2025 23:23:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519982519 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 21 2025 23:23:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519213012 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2025 23:23:00 | PNC, PO Box 3429, Pittsburgh, PA 15230 |
| 519213013 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2025 23:23:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519269271 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2025 23:23:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519253456 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2025 23:23:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519269092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2025 23:28:56 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519253883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2025 23:28:32 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2025 23:28:56 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519269090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2025 23:29:30 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519213011 | | Email/Text: pcabkt@phillips-cohen.com | Jan 21 2025 23:24:00 | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519213014 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 21 2025 23:23:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519236517 | + | Email/Text: bankruptcy@bbandt.com | Jan 21 2025 23:25:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2025 23:39:48 | Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |

Case 21-14066-SLM    Doc 73    Filed 01/23/25    Entered 01/24/25 00:26:46    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: 185 | Total Noticed: 43 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519213015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 00:08:58 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519214898 | ^ | MEBN | Jan 21 2025 23:10:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2025 23:29:29 | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213008 | *+ | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |
| sp | ##+ | Paula L Crane, 543 Valley Road, Montclair, NJ 07043-1844 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer astein@meyner.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Sindi Mncina | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 21, 2025 | Form ID: 185 | Total Noticed: 43 |

on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10