Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14066−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J. Spencer
   196 Mountain Avenue
   North Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4502

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 26, 2025.

Dated: February 26, 2025
JAN: ntp

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eric J. Spencer  
    Debtor

Case No. 21-14066-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Feb 26, 2025     Form ID: plncf13     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eric J. Spencer, 196 Mountain Avenue, North Caldwell, NJ 07006-4008 |
| sp | | Paula L Crane, 303 Claremont Ave #1, Montclair, NJ 07042-2813 |
| 519212997 | + | Ayesha Dhar, 28 Blackburne Terrace, West Orange, NJ 07052-3502 |
| 519213006 | + | Krista Spencer, 732 Stephanie Drive, Caldwell, NJ 07006-4585 |
| 519213009 | | Mr. Cooper, P.O. Box 81860-5801, Cleveland, OH 44181 |
| 519213010 | | My Best Buy Credit Card Payments, P.O. Box 9001007, Louisville, KY 40290-1007 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 21:28:51 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212998 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 21:11:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519255758 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 26 2025 21:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212999 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2025 21:13:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 519213000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 21:29:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244873 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:59:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 21:10:08 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519264107 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 21:10:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213002 | + | Email/Text: mrdiscen@discover.com | Feb 26 2025 21:12:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519224891 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 21:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519967566 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603, Federal Home Loan Mortgage Corporation, NewRez LLC 29603-0826 |
| 519967565 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519213004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 26 2025 21:11:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 519268860 | ^ | MEBN | Feb 26 2025 21:02:28 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519213003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 21:27:05 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519213005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 21:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519262319 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 21:14:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519213007 | + | Email/Text: bankruptcy@bbandt.com | Feb 26 2025 21:13:00 | Lightstream, P.O. Box 117320, Atlanta, GA 30368-7320 |
| 519266929 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2025 21:13:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519982518 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519982519 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519213012 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC, PO Box 3429, Pittsburgh, PA 15230 |
| 519213013 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519269271 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519253456 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519269092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 21:59:30 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519253883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 21:29:12 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 23:06:23 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519269090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 22:24:32 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519213011 | | Email/Text: pcabkt@phillips-cohen.com | Feb 26 2025 21:13:00 | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519213014 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 26 2025 21:12:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519236517 | + | Email/Text: bankruptcy@bbandt.com | Feb 26 2025 21:13:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 21:59:37 | Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 519213015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 21:29:14 | Synchrony Bank, PO Box 960013, Orlando, FL |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519214898 | ^ | MEBN | Feb 26 2025 21:02:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 32896-0013 |
| 519213017 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 26 2025 21:27:49 | | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213008 | *+ | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer astein@meyner.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10