UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor,
Eric J. Spencer

Order Filed on March 10, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERIC J. SPENCER,

Chapter 13 Debtor.

Case No.:  21-14066 (SLM)

Chapter:  13

Judge:  Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Sylvia Itzhaki, Esq.

The relief set forth on the following page is **ORDERED**.

DATED: March 10, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Sylvia Itzhaki, Esq.
as   Special Counsel  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   CG Song Law Firm LLC
   600 Sylvan Avenue, Suite 300
   Englewood Cliffs, NJ 07632

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2