UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-14066-SLM |
| ERIC J. SPENCER, | Chapter: | 13 |
| Chapter 13 Debtor. | Judge: | Stacey L. Meisel |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

___Eric J. Spencer___, ___Chapter 13 Debtor___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:

If an objection is filed, a hearing will be held before the Honorable ___Stacey L. Meisel___ on ___April 9, 2025___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3A___, ___50 Walnut Street, 3rd Floor, Newark, N.J. 07102___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Divorce proceeding

Pertinent terms of settlement: Marital Settlement Agreement; Debtor seeks court approval to utilize exempt 401(k) funds.

Objections must be served on, and requests for additional information directed to:

Name: Jessica M. Minneci, Esq.

Address: Middlebrooks Shapiro, P.C., P.O. Box 1630, Belmar, New Jersey 07719-1630

Telephone No.: 973-218-6877

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Eric J. Spencer  
    Debtor

Case No. 21-14066-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 11, 2025      Form ID: pdf905      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eric J. Spencer, 196 Mountain Avenue, North Caldwell, NJ 07006-4008 |
| sp | | Paula L Crane, 303 Claremont Ave #1, Montclair, NJ 07042-2813 |
| sp | + | Sylvia Itzhaki, CG Song Law Firm LLC, 600 Sylvan Avenue, Suite 300, Englewood Cliffs, NJ 07632-3107 |
| 519212997 | + | Ayesha Dhar, 28 Blackburne Terrace, West Orange, NJ 07052-3502 |
| 519213006 | + | Krista Spencer, 732 Stephanie Drive, Caldwell, NJ 07006-4585 |
| 519213009 | | Mr. Cooper, P.O. Box 81860-5801, Cleveland, OH 44181 |
| 519213010 | | My Best Buy Credit Card Payments, P.O. Box 9001007, Louisville, KY 40290-1007 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2025 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2025 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2025 21:23:24 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212998 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 11 2025 21:13:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519255758 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 11 2025 21:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212999 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 11 2025 21:15:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 519213000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 21:37:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244873 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2025 21:53:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2025 21:22:11 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519264107 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2025 21:38:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213002 | + | Email/Text: mrdiscen@discover.com | Mar 11 2025 21:14:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519224891 | | Email/Text: mrdiscen@discover.com | Mar 11 2025 21:14:00 | Discover Bank, Discover Products Inc, PO Box |

Case 21-14066-SLM    Doc 92    Filed 03/13/25    Entered 03/14/25 00:14:52    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf905 | Total Noticed: 45 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 3025, New Albany, OH 43054-3025 |
| 519967566 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2025 21:14:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603, Federal Home Loan Mortgage Corporation, NewRez LLC 29603-0826 |
| 519967565 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2025 21:14:00 | Federal Home Loan Mortgage Corporation, NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519213004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 11 2025 21:13:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 519268860 | ^ | MEBN | Mar 11 2025 20:57:36 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519213003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 00:07:13 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519213005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2025 21:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519262319 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2025 21:16:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 519213007 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2025 21:15:00 | Lightstream, P.O. Box 117320, Atlanta, GA 30368-7320 |
| 519266929 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2025 21:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 519982518 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2025 21:14:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519982519 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2025 21:14:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519213012 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC, PO Box 3429, Pittsburgh, PA 15230 |
| 519213013 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519269271 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519253456 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2025 21:14:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519269092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 00:06:56 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519253883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2025 21:24:12 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519253253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2025 21:24:21 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519269090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 00:07:10 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519213011 | | Email/Text: pcabkt@phillips-cohen.com | Mar 11 2025 21:15:00 | Phillips & Cohen Associates, Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519213014 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 11 2025 21:14:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519236517 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2025 21:15:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2025 21:22:23 | Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |

| Recip ID | | | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 519213015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Mar 11 2025 21:22:34 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519214898 | | ^ | MEBN | Mar 11 2025 20:57:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Mar 11 2025 21:21:58 | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213008 | *+ | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer astein@meyner.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Mar 11, 2025 Form ID: pdf905 Total Noticed: 45

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10