Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  21–14066–SLM
                                    Chapter:  13
                                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J. Spencer
   4407 Woodmont Circle
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–4502

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Marital Settlement Agreement; Debtor seeks court approval to utilize exempt 401(k) funds.

Dated: April 3, 2025
JAN:

                                                                             Jeanne Naughton
                                                                             Clerk