Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14066−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric J. Spencer
    4407 Woodmont Circle
    Sewell, NJ 08080
Social Security No.:
    xxx−xx−4502
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/15/25 at 10:00 AM

to consider and act upon the following:

*81* – Motion to Approve Compromise or Settlement under Rule 9019 Filed by Jessica M. Minneci on behalf of Eric J. Spencer. Hearing scheduled for 4/9/2025 at 10:00 AM, SLM – Courtroom 3A, Newark.. (Attachments: # 1 Application # 2 Certification # 3 Proposed Order) (Minneci, Jessica)

Dated: 4/10/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court