**MIDDLEBROOKS SHAPIRO, P.C.**
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 (fax)
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
*Attorneys for Chapter 13 Debtor*, Eric J. Spencer

Order Filed on April 15, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:

**ERIC J. SPENCER,**

        Chapter 13 Debtor.

Chapter 13

Case No. 21-14066-SLM

*Hearing Date: 4/15/25*

Honorable Stacey L. Meisel

**ORDER APPROVING DEBTOR'S USE OF EXEMPT RETIREMENT FUNDS; AND** ~~FOR RELATED RELIEF~~
^ *DENYING OTHER RELIEF REQUESTED IN THE MOTION AT ECF NO. 81*

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED:** April 15, 2025

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

–1–

Debtor: Eric J. Spencer
Case No. 21-14066
Page: 2

Upon consideration of the Debtor's Motion (Docket No. 81); and for Related Relief (the "Motion"); and good cause appearing therefore, it is hereby

*^ and for the reasons set forth on the record*
**ORDERED**, ~~the Debtor's DTCC Savings Plan is exempt under 11 U.S.C. § 522(d)(10)(E)~~

~~and the Debtor is authorized to utilize those funds at his discretion;~~

*^that the Debtor is authorized to use the funds in the DTCC Savings Plan, which is listed as an exempt asset on the Debtor's Schedule C of his petition\*; and it is further*

*ORDERED that all other requested relief is denied.\*\**

*\*The Court notes the Debtor listed his 401k as exempt on Schedule C of his petition. See ECF No. 1. No parties objected to the exemption within 30 days pursuant to Federal Rule of Bankruptcy Procedure Rule 4003(b). See Fed. R. Bankr. P. 4003(b). By operation of law, the DTCC Savings Plan becomes exempt without an in-depth review of the Court. See Fed. R. Bankr. P. 4003(b); Schwab v. Reilly, 560 U.S. 770,794 (2010).*

*\*\*Insertions in italics and deletions made by the Honorable Stacey L. Meisel.*

–2–

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14066-SLM |
| Eric J. Spencer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric J. Spencer, 4407 Woodmont Circle, Sewell, NJ 08080-2286 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Eric J. Spencer astein@meyner.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Melissa N. Licker

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com

Sindi Mncina

on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com

Sindi Mncina

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10