Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14066−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eric J. Spencer
4407 Woodmont Circle
Sewell, NJ 08080

Social Security No.:
xxx−xx−4502

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/13/25 at 10:00 AM

to consider and act upon the following:

*98* − Application For Retention of Professional Ysenia M. Alcivar as Realtor Filed by Joseph M. Shapiro on behalf of Eric J. Spencer. Objection deadline is 7/28/2025. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (Shapiro, Joseph)

*100* − Objection to Application for Retention of Professional (related document:98 Application For Retention of Professional Ysenia M. Alcivar as Realtor Filed by Joseph M. Shapiro on behalf of Eric J. Spencer. Objection deadline is 7/28/2025. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Eric J. Spencer) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/23/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court