**MIDDLEBROOKS SHAPIRO, P.C.**
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 (fax)
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
*Counsel to Eric J. Spencer, Chapter 13 Debtor*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 21-14066-SLM |
| **ERIC J. SPENCER,** | Chapter 13 |
| Chapter 13 Debtor. | Honorable Stacey L. Meisel |

### CERTIFICATION OF YESENIA M. ALCIVAR IN SUPPORT OF
### APPLICATION FOR RETENTION AS REALTOR

Yesenia M. Alcivar, of legal age, hereby certifies as follows:

1.  I am a licensed real estate agent affiliated with Signature Realty NJ, located at 549 Millburn Avenue, Short Hills, New Jersey 07078.

2.  I am the realtor proposed to be retained to list and sell the property located at 196 Mountain Avenue, Caldwell, New Jersey in the above-captioned Chapter 13 case.

3.  I have been a licensed New Jersey real estate agent for approximately 4.5 years. During that time, I have successfully closed over 75 transactions and have sold in excess of $100 million in total residential real estate.

4.  If approved as listing agent, I intend to market the Property using a comprehensive strategy that includes professional photography, digital marketing materials, targeted social media advertisements, online listing on platforms, private showings, and, if appropriate, open houses.

5.  My brokerage will also cooperate with buyers' agents to maximize exposure to interested purchasers.

6.      The commission arrangement for the listing and sale of the Property is as follows: Listing Agent Compensation is 3.5%, and Buyer's Agent Compensation is 2%, as a cooperative commission split to incentivize participation by prospective buyers' brokers.

7.      The commission will be paid at closing only upon successful sale of the Property, and no retainer or advance payment has been requested or will be collected.

8.      I have no personal or financial interest in this case beyond the proposed listing agreement and commission structure, and I am not related to the Debtor by blood or marriage.

I hereby certify that the statements contained herein are true and correct to the best of my knowledge, information and belief. If such statements made by me are willfully false, I understand that I am subject to punishment.

/s/ *Yesenia Alcivar*

Yesenia M. Alcivar

Dated: 07 / 30 / 2025

Document Ref: TGBKS-GCBYM-NEEWA-GVOM6