Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 21−14066−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J. Spencer
   4407 Woodmont Circle
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4502

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/27/25 at 10:00 AM

to consider and act upon the following:

**99** − Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 08/5/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) (Egerman, Laura)

**106** − Certification in Opposition to (related document:99 Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 08/5/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Jessica M. Minneci on behalf of Eric J. Spencer. (Minneci, Jessica)

Dated: 8/5/25

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court