Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14066−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric J. Spencer
    4407 Woodmont Circle
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−4502

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/27/25 at 10:00 AM

to consider and act upon the following:

*99* − Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 08/5/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) (Egerman, Laura)

*106* − Certification in Opposition to (related document:99 Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 08/5/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Jessica M. Minneci on behalf of Eric J. Spencer. (Minneci, Jessica)

Dated: 8/5/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 21-14066-SLM

Eric J. Spencer                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                    Page 1 of 2

Date Rcvd: Aug 05, 2025                        Form ID: ntchrgbk                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

**Recip ID               Recipient Name and Address**
db                      + Eric J. Spencer, 4407 Woodmont Circle, Sewell, NJ 08080-2286

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Angela Nascondiglio Stein
                on behalf of Debtor Eric J. Spencer astein@meyner.com

Denise E. Carlon
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
                on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Joseph M. Shapiro
                on behalf of Debtor Eric J. Spencer jshapiro@middlebrooksshapiro.com

Laura M. Egerman
                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com
                mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Aug 05, 2025

Form ID: ntchrgbk

Total Noticed: 1

magecf@magtrustee.com

Melinda D. Middlebrooks

on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com
melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Melissa N. Licker

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com

Sindi Mncina

on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com

Sindi Mncina

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11