UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 fax
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor

Order Filed on October 17, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Eric J. Spencer,

Chapter 13 Debtor.

Case No.: 21-14066-SLM

Chapter: 13

Judge: Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 17, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of **Chapter 13 Debtor** for the reduction of time for a hearing on **Debtors' Motion for Order Authorizing Sale of Real Property with Liens to Attach** under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on **November 4** ~~October 28~~, 2025 at **10:00 a.m.** in the United States Bankruptcy Court, **M.L. K., Jr. Federal Building 50 Walnut Street Newark, NJ 07102**, Courtroom No. **3A**.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: **Marie-Ann Greenberg, Standing Chapter 13 Trustee, McCalla Raymer Leibert Pierce, LLC Secured Creditors and their counsel if known; Proposed Purchaser and their counsel if known; Parties having filed notice of appearance and their counsel if known.**

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.
to be received in two days.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: **All Other General Unsecured Creditors**

by ☒ each, ~~☒~~ any of the following methods selected by the Court:

~~☒~~ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to **Chapter 13 Trustee.**

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing~~; or **by Friday, October 31, 2025 by 3:00 PM.**

    ☐ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

**\*\*No appearances required if no objections are filed.**

*rev.1/12/22*

3