UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 fax
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor

Order Filed on October 17, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Eric J. Spencer,

Chapter 13 Debtor.

Case No.: 21-14066-SLM

Chapter: 13

Judge: Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 17, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Chapter 13 Debtor_____ for the reduction of time for a hearing on __Debtors' Motion for Order Authorizing Sale of Real Property with Liens to Attach__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ____November 4~~October 28~~, 2025____ at __10:00 a.m.__ in the United States Bankruptcy Court, __M.L. K., Jr. Federal Building 50 Walnut Street Newark, NJ 07102__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__Marie-Ann Greenberg, Standing Chapter 13 Trustee, McCalla Raymer Leibert Pierce, LLC__
__Secured Creditors and their counsel if known; Proposed Purchaser and their counsel if known; Parties having filed notice of appearance and their counsel if known.__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.
to be received in two days.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
__All Other General Unsecured Creditors__

by ☒ each, ~~☒ any~~ of the following methods selected by the Court:

~~☒ fax,~~ ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Chapter 13 Trustee.__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail  _____ ~~day(s) prior to the scheduled hearing~~; or **by Friday, October 31, 2025 by 3:00 PM.**

    ☐ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

**\*\*No appearances required if no objections are filed.**

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14066-SLM |
| Eric J. Spencer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 17, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric J. Spencer, 4407 Woodmont Circle, Sewell, NJ 08080-2286 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

**Name**      **Email Address**

Angela Nascondiglio Stein
     on behalf of Debtor Eric J. Spencer astein@meyner.com

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
     on behalf of Debtor Eric J. Spencer jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com

Joseph M. Shapiro
     on behalf of Debtor Eric J. Spencer jshapiro@middlebrooksshapiro.com

Laura M. Egerman
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Eric J. Spencer middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hinshawlaw.com

Sindi Mncina
    on behalf of Creditor Federal Home Loan Mortgage Corporation smncina@raslg.com

Sindi Mncina
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11