UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Eric J. Spencer,

Debtor.

Case No.:   21-14066-SLM

Chapter:   13

Hearing Date:   11/12/2025

Judge:   Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 196 Mountain Ave.. North Caldwell, NJ

 (Docket # 121)

Date: 11/11/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*